1. Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394
Email:       jeffrey.gerardo@kutakrock.com
Email:       steven.dailey@kutakrock.com

closed

Attorneys for Defendants
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6, SELECT PORTFOLIO SERVICING, INC., and TIM O'BRIEN

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENIA: MANCERA-CELESTIN, SEDRICK: CELESTIN, ANTHONY: ACEVEDO, NEW S.E.S. DEVELOPMENT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6 and SELECT PORTFOLIO SERVICING, INC., a Utah Corporation, PERCY ANDERSON, STEPHEN MONTES KERR, DELEYLA A. LAWRENCE, CONRAD V. SISON, NILS B. GREVILLIUS, CRISTOPHER LOO, TIM O'BRIEN, CEO, GERALD HASSELL, CEO And DOES 1-115.<br><br>Defendants. | Case No.  5:16-cv-01845 JFW (KK)<br><br>Assigned to:<br>District Judge John F. Walter<br>Courtroom: 16<br><br>Assigned Discovery:<br>Magistrate Judge Kenly Kiya Kato<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date Filed:  August 23, 2016 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4830-5173-9453.1

- 1 -

JUDGMENT OF DISMISSAL

On November 15, 2016, the Court granted, without leave to amend, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6, SELECT PORTFOLIO SERVICING, INC., and TIM O'BRIEN's ["Loan Defendants'"] Motion to Dismiss Plaintiffs' First Amended Complaint and ordered that the matter be dismissed with prejudice.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the captioned matter be dismissed with prejudice as to Loan Defendants. As a result, Plaintiffs shall recover nothing from Loan Defendants in this action.

Dated: December 2, 2016

_____
Hon. John F. Walter
United States District Court Judge